PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY CAMPOS-RAMOS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-CV-01220-AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

　　　　Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's application for a fiancé visa petition, which he filed on June 24, 2022 on behalf of his fiancé. On July 17, 2023, U.S. Citizenship and Immigration Services ("USCIS") issued a request for evidence ("RFE") to Plaintiff. USCIS directed Plaintiff to respond to the RFE on or before October 12, 2023. The parties anticipate that USCIS will be able to complete the adjudication of Plaintiff's application following receipt of the requested documents, which is expected to render this lawsuit moot.

　　　　The parties therefore stipulate that the new date for Defendants to file an answer or other

1

dispositive pleading is November 13, 2023.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  July 21, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHRISTINA SULLIVAN
CHRISTINA SULLIVAN
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated: July 21, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE